## United States Bankruptcy Court
### Northern District of Illinois

In re _PETER VENEGAZ_ _____
                        Debtor(s)

Case No. _08 B 12032_
Chapter _7_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __75__  Check one   ☑ With the filing of the petition, or
                       ☐ On or before _____

$ __75__  on or before   _6-20-08_

$ __75__  on or before   _7-18-08_

$ __74__  on or before   _8-15-08_

☒   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _5/13/08_ _____

J. Co Jacqueline P. Cox
_____
UNITED STATES BANKRUPTCY JUDGE